U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

'10 MAY 25 P1 38

JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No.   **10-CR-103**
18 U.S.C. §§ 2113(a) and (d),
922(g)(1), 924(c)(1)(A)(ii), and 2

RAMON R. TRINIDAD, aka Pepito, and
LUIS M. RAMOS,

Defendants.

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about April 20, 2010, in the State and Eastern District of Wisconsin,

**RAMON R. TRINIDAD, aka Pepito, and
LUIS M. RAMOS,**

by force, violence, and intimidation, did take from the presence of tellers approximately $5,573

belonging to and in the care, custody, control, management, and possession of the Guaranty Bank,

Greenfield, Wisconsin, a financial institution, the deposits of which were then insured by the Federal

Deposit Insurance Corporation, and in committing this offense, did put in jeopardy the life of the

tellers by the use of a dangerous weapon, to wit: a handgun.

All in violation of Title 18, United States Code, Sections 2113(a) and (d) and 2.

1

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 20, 2010, in the State and Eastern District of Wisconsin,

**RAMON R. TRINIDAD, aka Pepito,** and
**LUIS M. RAMOS,**

knowingly used and brandished a firearm during and in relation to the crime of violence charged in

Count One of this indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

2

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 20, 2010, in the State and Eastern District of Wisconsin,

**RAMON R. TRINIDAD, aka Pepito,** and
**LUIS M. RAMOS,**

by force, violence, and intimidation, did take from the presence of tellers approximately $15,438

belonging to and in the care, custody, control, management, and possession of the Bank Mutual,

Milwaukee, Wisconsin, a financial institution, the deposits of which were then insured by the Federal

Deposit Insurance Corporation, and in committing this offense, did put in jeopardy the life of the

tellers by the use of a dangerous weapon, to wit: a handgun.

All in violation of Title 18, United States Code, Sections 2113(a) and (d) and 2.

3

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about April 28, 2010, in the State and Eastern District of Wisconsin,

**RAMON R. TRINIDAD, aka Pepito,**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms which, prior to his possession of them, had been transported in interstate and foreign commerce, the possession of which was therefore in and affecting commerce.

2. The firearms are more fully described as:

a. A Bersa .380 pistol bearing serial number 822422; and

b. A Glock 9mm pistol bearing serial number AHL713.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
FOREPERSON
Date: 5/25/10

_____
JAMES L. SANTELLE
United States Attorney

4