U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Ramon Trinidad | Address: City, State and Zip Code): in custody |
|---|---|

| Date of Birth: Not supplied due to E-Government Act | Occupation: Unknown |
|---|---|

| Name of Defendant's Attorney: unknown | Address of Defendant's Attorney: unknown |
|---|---|

Name of Assistant U.S. Attorney:

Elizabeth M. Blackwood

| Has warrant been issued? Yes | When? 5/5/10 | By Whom? When? Magistrate Judge Aaron E. Goodstein |
|---|---|---|

| Has warrant been executed? Unknown | When? | Where? |
|---|---|---|

| Has defendant appeared before a Magistrate? No | When? | Who? |
|---|---|---|

| Is the defendant in custody? Yes | Where? State | |
|---|---|---|

| Pretrial Scheduling Conference Necessary? | ☐ YES | x☐ NO |
|---|---|---|

| Issue: WARRANT | SUMMONS | NOTICE XX need date for arraignment | MISDEMEANOR | FELONY XX |
|---|---|---|---|---|

| Milwaukee Case ☒ | Green Bay Case ☐ |
|---|---|

| Minor Offense | |
|---|---|
| Petty Offense | |
| Arraignment & plea before: | Judge: Magistrate: |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

**Charge:**

| **Armed Bank Robbery** | **25 years; $250,000; 5 years SR; $100 SA** |
|---|---|
| **924(c)** | **Minimum 25 years CS if second application; Maximum Life; $250,000; 5 years SR; $100 SA** |
| **Possession of FA by Felon** | **10 years; $250,000; 3 years SR; $100 SA** |

**Agency/Agent:** **FBI/Ben Hruz**

**OCDETF:** No

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Luis Ramos | | Address: City, State and Zip Code): in custody | | |
|---|---|---|---|---|
| Date of Birth: Not supplied due to E-Government Act | | Occupation: Unknown | | |
| Name of Defendant's Attorney: unknown | | Address of Defendant's Attorney: unknown | | |
| Name of Assistant U.S. Attorney: Elizabeth M. Blackwood | | | | |
| Has warrant been issued? Yes | When? 5/5/10 | By Whom? Magistrate Judge Aaron E. Goodstein | When? | |
| Has warrant been executed? Unknown | When? | Where? | | |
| Has defendant appeared before a Magistrate? No | When? | Who? | | |
| Is the defendant in custody? Yes | Where? State | | | |
| Pretrial Scheduling Conference Necessary?  ☐ YES  x☐ NO | | | | |

| Issue: WARRANT | SUMMONS | NOTICE XX need date for arraignment | MISDEMEANOR | FELONY XX |
|---|---|---|---|---|
| Milwaukee Case ☒ | | Green Bay Case ☐ | | |
| Minor Offense | | | | |
| Petty Offense | | | | |
| Arraignment & plea before: | | Judge: | Magistrate: | |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

**Charge:**

| Armed Bank Robbery | 25 years; $250,000; 5 years SR; $100 SA |
|---|---|
| 924(c) | Minimum 25 years CS if second application; Maximum Life; $250,000; 5 years SR; $100 SA |

**Agency/Agent:**      **FBI/Ben Hruz**

**OCDETF:**      No