RTR                          1

To: Clerk of court
united states District court
Eastern District of wisconsin
 517 E. wisconsin Ave
Milwaukee, WI
                53202

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2016 JUL 22  A 11 56

JON W. SANFILIPPO
CLERK

From: Reymundo Trinidad #10540·089
united States Penitentiary Lewisburg
P.O. Box 1000
Lewisburg, PA
                17837

June 20, 2016

RE: JOHNSON'S "Retroactive" Case Law

Case # 10-Cr-103

Dear clerk of court;

    I am writing to verify if I qualify
for a sentence reduction, resentencing, or
any modification under tHis JHonson case
and/or any new laws or bills tHat Have
been passed lately.
    I was cHarged witH one count of
924(C)(1)(A)(ii) and 2, for wHicH I was
given 84 montHs consecutive, and wHi'le
tHis offense is BrandisHing a firearm in
relation to a crime of violence, I was
also given 6"points, level increase under

2

the Sentencing guidelines manual § 2B3.1(B)(2)(B) because the firearm was pointed at a teller in the course of the bank robbery, but I Had already gotten 84 months for that "Brandishing".

As you can see on page 7 of my plea agreement I was charged with a six level increase for the same exact thing I was sentenced to 84 months, for which is "Brandishing", it's very obvious I got charged - enhanced - twice.

Can you please Have someone review my case?

I received a sentence reduction through a rule 35 and most of my case is sealed so it's Hard for me to work on my case and for that same reason I can not just trust anyone to do so.

I look foward to Hearing from you soon, thanks for your time, attention and assistance in this matter and Have a nice day

Sincerely

R. Trinidad

PS: Please let me know when my letter was received since this place is so violent and due to incoming drugs our mail is being Held by S.I.S. and per policy they are allowed to do so for up to 30 days.