UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WISCONSIN

_____

2:10-cr-00103-JPS

UNITED STATES OF AMERICA,

*Plaintiff,*

*v.*

RAMON R. TRINIDAD,

*Defendant.*

_____

**NOTICE OF APPEARANCE**
_____

PLEASE BE ADVISED that pursuant to an appointment dated September 19, 2023, pursuant to the CJA, Attorney Lew A. Wasserman, Law Offices of Lew A. Wasserman, S.C., will represent Ramon R. Trinidad in proceedings alleging the defendant has violated conditions of Supervised Release, in the above captioned matter.

Electronically signed by: Lew A. Wasserman
_____
Lew A. Wasserman SBN 1019200
Attorney for Wayne A. Scott

P.O. Address:
Law Offices of Lew A. Wasserman, S.C.
PO Box 170850
Milwaukee, Wisconsin 53217
(414) 940-0064    Cell
(414) 332-9929    Fax
attywasserman@gmail.com