# LAW OFFICES OF LEW A. WASSERMAN, S.C.

TRIALS AND APPEALS IN WISCONSIN STATE AND FEDERAL COURTS SINCE 1980

PO Box 170850
Milwaukee, Wisconsin 53217
Telephone 414. 940-0064
Fax 414. 332-9929
attywasserman@gmail.com

Hon. J.P. Stadtmueller                                    May 29, 2024
United States District Court
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53217

Re:    *United States v. Ramon R. Trinidad*
       2:10-cr-103-JPS

Dear Judge Stadtmueller:

On April 23, 2024, I advised the Court of the collective efforts to locate Mr. Trinidad for the purpose of attempting to obtain his signature on the Notice of waiver of appeal. By text-only order dated April 26, 2024, we were directed to continue efforts to locate Mr. Trinidad. USP&P Agent Karolewicz have made concerted efforts to do so, including online inmate searches, and emails to the Marshal, and to state probation and parole. As of the preparation of this letter, no person or agent has responded with information as to Mr. Trinidad's location. In any event, Agent Karolewicz does not believe that Mr. Trinidad has absconded or violated any of his supervised release conditions. Parenthetically, Mr. Trinidad has not contacted me concerning the progress of any appeal; such an assertion would run contrary to his oral declaration to me at the final hearing that he did not want to appeal. Thus, I respectfully move the Court to accept the waiver of appeal previously submitted to the Court.

Sincerely,

Electronically signed by: Lew A. Wasserman

Lew A. Wasserman 1019200

CC: ECF